**Form 125**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jerry Zane Semkiw**
Debtor(s)

Bankruptcy Case No.: 18–24208–TPA

Chapter: 7

## NOTICE RE: PRESUMPTION OF ABUSE

As required by *11 U.S.C. Sec. 704(b)(1)(A),* the United States Trustee has reviewed all of the materials filed by the debtor(s).

Having considered these materials in reference to the criteria set forth in *11 U.S.C. Sec. 707(b)(2)(A),* and pursuant to *11 U.S.C. Sec. 704(b)(2),* the United States Trustee determines that:

(1) the debtor's(s') case should be presumed to be an abuse under *section 707(b);* and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in *section 704(b)(2)(A) or (B).*

As required by *11 U.S.C. Sec. 704(b)(2),* the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under *section 707(b)* or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.

Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in *11 U.S.C. Sec. 707(b)(2)(B).*

Dated: December 20, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24208-TPA
Jerry Zane Semkiw                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil            Page 1 of 2            Date Rcvd: Dec 20, 2018
                            Form ID: 125          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db         +Jerry Zane Semkiw,    127 Winifred Drive,    Pittsburgh, PA 15236-4523
14939485   +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14939486    Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14939491   +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14939494    Borough of Pleasant Hills,    Attn: Sal Sirabella,    410 East Bruceton Road,
             Pittsburgh, PA 15236-4500
14939492    Borough of Pleasant Hills,    C/O Fred C. Jug, Jr., Esq.,    Brandt, Milnes & Rea,
             310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
14939493    Borough of Pleasant Hills,    P.O. Box 6111,    Hermitage, PA 16148-0911
14939506    CSC Insurance Options,    4552 State Route 51 S,    Belle Vernon, PA 15012-4300
14939496    Canonsburg Hospital,    P.O. Box 3475,    Toledo, OH 43607-0475
14939495    Canonsburg Hospital,    P.O. Box 644921,    Pittsburgh, PA 15264-4921
14939499   +Citizens Bank, N.A.,    525 William Penn Place,    Pittsburgh, PA 15219-1727
14939500    Comenity Bank / Victoria's Secret,    Attn: Bankruptcy Dept.,    P.O. Box 182125,
             Covington, OH 45318
14939501   +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14939507    Dr. William Zammerilla,    76 Old Clairton Road,    Pittsburgh, PA 15236-3915
14939508    EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14939509   +First National Bank,    500 East 60th St. North,    Sioux Falls, SD 57104-0478
14939510    First National Credit Card / Legacy,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14939512    Jamie Joyce,    339 New World Drive,    Clairton, PA 15025
14939513    K&D Tire Wholesalers, LLC,    31217 N. 152nd Street,    Scottsdale, AZ 85262-6959
14939517   +MEM FCU,    P.O. Box 18269,    Pittsburgh, PA 15236-0269
14939515   +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14939516   +Mariner Finance, LLC,    560 Clairton Blvd.,    Suite D,    Pittsburgh, PA 15236-3803
14939521   +Midamerica Bank & Trust Company,    Attn: Bankruptcy,    P.O. Box 400,    Dixon, MO 65459-0400
14939522   +Midamerica Bank & Trust Coompany,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14939524   +P&B Capital Group, LLC,    455 Center Road,    Buffalo, NY 14224-2100
14939523   +P&B Capital Group, LLC,    455 Center Road,    West Seneca, NY 14224-2100
14939525    PA Municipal Service Co.,    336 Delaware Avenue,    Dept. W-46,    Oakmont, PA 15139-2138
14939526   +PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
14939529   +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
14939531   +Ronald J. DiGiorno, Esq.,    150 Pleasant Drive,    Suite 103,    Aliquippa, PA 15001-1360
14939532   #Safeco Insurance,    P.O. Box 10001,    Manchester, NH 03108-1001
14939533    Synchrony Bank,    170 West S. Election Road,    Draper, UT 84020
14939535    US Asset Management Inc.,    C/O EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14939536   +US Asset Management LLC,    D.L. Clark Building,    503 Martindale Street,    7th Floor,
             Pittsburgh, PA 15212-5741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: kburkley@bernsteinlaw.com Dec 21 2018 02:28:48      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14939487     E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 02:27:38      Ally,
             Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
14939490    +E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 02:27:38      Ally Financial,
             Attn: Bankruptcy,    P.O. Box 380901,    Bloomington, MN 55438-0901
14939488     E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 02:27:38      Ally Financial,
             P.O. Box 380901,    Bloomington, MN 55438-0901
14939497     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:33:04
             Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14939498    +E-mail/Text: bkr@cardworks.com Dec 21 2018 02:27:31      Cardworks/CW Nexus,    Attn: Bankruptcy,
             P.O. Box 9201,    Old Bethpage, NY 11804-9001
14939502    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 02:28:51
             Credit Collection Services,    Attention: Bankruptcy,    725 Canton Street,
             Norwood, MA 02062-2679
14939503    +E-mail/Text: abovay@creditmanagementcompany.com Dec 21 2018 02:28:32
             Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
             Pittsburgh, PA 15242-0346
14939504     E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2018 02:32:13
             Credit One Bank, N.A.,    P.O. Box 98873,    Las Vegas, NV 89193-8873
14939505    +E-mail/Text: kthompson@crownasset.com Dec 21 2018 02:28:13      Crown Asset Management, LLC,
             3100 Breckinridge Boulevard,    Suite 725,    Duluth, GA 30096-7605
14939511    +E-mail/Text: bankruptcy@affglo.com Dec 21 2018 02:28:14      Global Credit & Collection Corp.,
             5440 N. Cumberland Avenue,    Ste 300,    Chicago, IL 60656-1486
14939514    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 02:32:14
             LVNV Funding, LLC / Resurgent Capital,    P.O. Box 10497,    Greenville, SC 29603-0497
14939518    +E-mail/Text: bkr@cardworks.com Dec 21 2018 02:27:31      Merrick Bank Corp.,    Attn: Bankruptcy,
             P.O. Box 9201,    Old Bethpage, NY 11804-9001
14939519    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 02:28:58      Midamerica / Milestone,
             Genesis Bankcard Services,    P.O. Box 4477,    Beaverton, OR 97076-4401
14939520    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 02:28:58      Midamerica / Milestone,
             Genesis Bankcard Services,    P.O. Box 4499,    Beaverton, OR 97076-4499
```

```
District/off: 0315-2           User: bsil                 Page 2 of 2                  Date Rcvd: Dec 20, 2018
                               Form ID: 125               Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14939785      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 02:33:07
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14939528      +E-mail/Text: ecfbankruptcy@progleasing.com Dec 21 2018 02:28:22      Progressive Leasing,
               256 Data Drive,    Draper, UT 84020-2315
14939527      +E-mail/Text: ecfbankruptcy@progleasing.com Dec 21 2018 02:28:22      Progressive Leasing,
               256 West Data Drive,    Draper, UT 84020-2315
14939530      +E-mail/Text: bankruptcyteam@quickenloans.com Dec 21 2018 02:28:29      Quicken Loans, Inc.,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
14939534      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:33:03      Synchrony Bank/TJX Cos Dc,
               170 Election Road,    Suite 125,    Draper, UT 84020-6425
14939537      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 02:27:34
               Verizon,   500 Technology Drive,    Suite 500,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14939489*      +Ally Financial,   P.O. Box 380901,    Bloomington, MN 55438-0901
                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Daniel J. Boger    on behalf of Debtor Jerry Zane Semkiw dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                              TOTAL: 7
```