**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jerry Zane Semkiw** | Social Security number or ITIN **xxx–xx–9961** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **18–24208–TPA** | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jerry Zane Semkiw

4/11/19                                                     **By the court:**   Thomas P. Agresti
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jerry Zane Semkiw,  
    Debtor

Case No. 18-24208-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2     Date Rcvd: Apr 11, 2019  
                         Form ID: 318       Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.

```
db             +Jerry Zane Semkiw,    127 Winifred Drive,    Pittsburgh, PA 15236-4523
14939485       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14939486        Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14939494       +Borough of Pleasant Hills,    Attn: Sal Sirabella,    410 East Bruceton Road,
                 Pittsburgh, PA 15236-4500
14939492        Borough of Pleasant Hills,    C/O Fred C. Jug, Jr., Esq.,    Brandt, Milnes & Rea,
                 310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
14939493        Borough of Pleasant Hills,    P.O. Box 6111,    Hermitage, PA 16148-0911
14939506        CSC Insurance Options,    4552 State Route 51 S,    Belle Vernon, PA 15012-4300
14939496        Canonsburg Hospital,    P.O. Box 3475,    Toledo, OH 43607-0475
14939495        Canonsburg Hospital,    P.O. Box 644921,    Pittsburgh, PA 15264-4921
14939499       +Citizens Bank, N.A.,    525 William Penn Place,    Pittsburgh, PA 15219-1727
14939500        Comenity Bank / Victoria's Secret,    Attn: Bankruptcy Dept.,    P.O. Box 182125,
                 Covington, OH 45318
14939507        Dr. William Zammerilla,    76 Old Clairton Road,    Pittsburgh, PA 15236-3915
14939508        EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14939509       +First National Bank,    500 East 60th St. North,    Sioux Falls, SD 57104-0478
14939510        First National Credit Card / Legacy,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14939512        Jamie Joyce,    339 New World Drive,    Clairton, PA 15025
14939513        K&D Tire Wholesalers, LLC,    31217 N. 152nd Street,    Scottsdale, AZ 85262-6959
14939517       +MEM FCU,    P.O. Box 18269,    Pittsburgh, PA 15236-0269
14939515       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14939516       +Mariner Finance, LLC,    560 Clairton Blvd.,    Suite D,    Pittsburgh, PA 15236-3803
14939521       +Midamerica Bank & Trust Company,    Attn: Bankruptcy,    P.O. Box 400,    Dixon, MO 65459-0400
14939522       +Midamerica Bank & Trust Coompany,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14939524      ++P&B CAPITAL GROUP   LLC,    ATTN COLLEEN KIMBLE,    455 CENTER RD,    BUFFALO NY 14224-2100
               (address filed with court:  P&B Capital Group, LLC,     455 Center Road,    Buffalo, NY 14224)
14939523      ++P&B CAPITAL GROUP   LLC,    ATTN COLLEEN KIMBLE,    455 CENTER RD,    BUFFALO NY 14224-2100
               (address filed with court:  P&B Capital Group, LLC,     455 Center Road,    West Seneca, NY 14224)
14939525        PA Municipal Service Co.,    336 Delaware Avenue,    Dept. W-46,    Oakmont, PA 15139-2138
14939526       +PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
14939529       +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
14939531       +Ronald J. DiGiorno, Esq.,    150 Pleasant Drive,    Suite 103,    Aliquippa, PA 15001-1360
14939532       #Safeco Insurance,    P.O. Box 10001,    Manchester, NH 03108-1001
14939533        Synchrony Bank,    170 West S. Election Road,    Draper, UT 84020
14939535        US Asset Management Inc.,    C/O EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14939536       +US Asset Management LLC,    D.L. Clark Building,    503 Martindale Street,    7th Floor,
                 Pittsburgh, PA 15212-5741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QRSHEARER.COM Apr 12 2019 05:58:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:20:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 12 2019 02:21:28      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14939487        EDI: GMACFS.COM Apr 12 2019 05:58:00      Ally,    Payment Processing Center,    P.O. Box 9001951,
                 Louisville, KY 40290-1951
14939490       +EDI: GMACFS.COM Apr 12 2019 05:58:00      Ally Financial,    Attn: Bankruptcy,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
14939488        EDI: GMACFS.COM Apr 12 2019 05:58:00      Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
14939491       +EDI: TSYS2.COM Apr 12 2019 05:58:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 P.O. Box 8801,    Wilmington, DE 19899-8801
14939497        EDI: CAPITALONE.COM Apr 12 2019 05:58:00      Capital One Bank (USA), N.A.,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14939498       +EDI: MERRICKBANK.COM Apr 12 2019 05:58:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14939501       +EDI: CONVERGENT.COM Apr 12 2019 05:58:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                 P.O. Box 9004,    Renton, WA 98057-9004
14939502       +EDI: CCS.COM Apr 12 2019 05:58:00      Credit Collection Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood, MA 02062-2679
14939503       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 12 2019 02:21:11
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14939504        EDI: RCSFNBMARIN.COM Apr 12 2019 05:58:00      Credit One Bank, N.A.,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14939505       +E-mail/Text: kthompson@crownasset.com Apr 12 2019 02:20:49      Crown Asset Management, LLC,
                 3100 Breckinridge Boulevard,    Suite 725,    Duluth, GA 30096-7605
14939511       +E-mail/Text: bankruptcy@affglo.com Apr 12 2019 02:20:50      Global Credit & Collection Corp.,
                 5440 N. Cumberland Avenue,    Ste 300,    Chicago, IL 60656-1486
```

```
District/off: 0315-2          User: bsil                Page 2 of 2                   Date Rcvd: Apr 11, 2019
                              Form ID: 318              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14939514      +EDI: RESURGENT.COM Apr 12 2019 05:58:00      LVNV Funding, LLC / Resurgent Capital,
               P.O. Box 10497,    Greenville, SC 29603-0497
14939518      +EDI: MERRICKBANK.COM Apr 12 2019 05:58:00      Merrick Bank Corp.,    Attn: Bankruptcy,
               P.O. Box 9201,    Old Bethpage, NY 11804-9001
14939519      +EDI: PHINGENESIS Apr 12 2019 05:58:00      Midamerica / Milestone,    Genesis Bankcard Services,
               P.O. Box 4477,    Beaverton, OR 97076-4401
14939520      +EDI: PHINGENESIS Apr 12 2019 05:58:00      Midamerica / Milestone,    Genesis Bankcard Services,
               P.O. Box 4499,    Beaverton, OR 97076-4499
14939524       E-mail/Text: ckimble@pandbcapitalgroup.com Apr 12 2019 02:20:11        P&B Capital Group, LLC,
               455 Center Road,    Buffalo, NY 14224
14939523       E-mail/Text: ckimble@pandbcapitalgroup.com Apr 12 2019 02:20:11        P&B Capital Group, LLC,
               455 Center Road,    West Seneca, NY 14224
14939785      +EDI: PRA.COM Apr 12 2019 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14939528      +E-mail/Text: ecfbankruptcy@progleasing.com Apr 12 2019 02:20:56        Progressive Leasing,
               256 Data Drive,    Draper, UT 84020-2315
14939527      +E-mail/Text: ecfbankruptcy@progleasing.com Apr 12 2019 02:20:56        Progressive Leasing,
               256 West Data Drive,    Draper, UT 84020-2315
14939530      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 12 2019 02:21:08        Quicken Loans, Inc.,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
14939534      +EDI: RMSC.COM Apr 12 2019 05:58:00      Synchrony Bank/TJX Cos Dc,    170 Election Road,
               Suite 125,    Draper, UT 84020-6425
14939537      +EDI: VERIZONCOMB.COM Apr 12 2019 05:58:00      Verizon,    500 Technology Drive,    Suite 500,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
aty*           +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14939489*      +Ally Financial,    P.O. Box 380901,    Bloomington, MN 55438-0901
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
```
              Daniel J. Boger    on behalf of Debtor Jerry Zane Semkiw dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph S. Sisca, on Behalf of the United States Trustee by    on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
                                                                                             TOTAL: 7
```